United States District Court
Southern District of Texas
**ENTERED**
April 13, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Feldon Barlow, | § | |
|     Plaintiff, | § | |
| V | § | CIVIL ACTION: H-17-114 |
| | § | |
| Westinghouse Electric Co., | § | |
| | § | |
|     Defendant | § | |

## O R D E R

On April 11, 2017 a Notice of Bankruptcy Filing and Imposition of Automatic Stay Pursuant to Section 362(a) of the Bankruptcy Code was filed by Defendant Westinghouse Electric Company LLC. Therefore, it is hereby

ORDERED that the above captioned case is STAYED and administratively closed. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

SIGNED at Houston, Texas, on this the ___12___ day of April, 2017.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE